## CORPORATE RESOLUTION OF
## SUMMIT RESTAURANT HOLDINGS, LLC

### April 28, 2023

Pursuant to the Delaware Limited Liability Company Act and the Fourth Amended and Restated Operating Agreement, dated December 16, 2020 (the "**Company Agreement**"), of Summit Restaurant Holdings, LLC (fka HR Group Holdings, LLC), a Delaware limited liability company (the "**Company**"), as amended by the First Amendment to the Fourth Amended and Restated Operating Agreement, dated January 1, 2023, the undersigned, constituting the sole Member and Managing Owner of the Company, acting by written consent without a meeting does hereby consent to and adopt the following resolutions with the same force and effect as if adopted at meetings of the Managing Member, duly called and held, effective as of the date hereof. Capitalized terms used herein and not otherwise defined shall have the meanings assigned to such terms in the Company Agreement.

### Filing of Voluntary Bankruptcy Petition

**WHEREAS**, it is proposed that the Company file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") to restructure the Company's assets and liabilities;

**WHEREAS**, the undersigned has had the opportunity to review, and ask questions and receive answers or explanations with respect to, the materials presented by the officers, management and advisors of the Company regarding the assets, liabilities and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

**WHEREAS**, based on current events and after consultation with officers, management, and advisors of the Company, the undersigned deem it in the best interests of the Company to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company, be, and hereby is authorized to file with the United States Bankruptcy Court for the District of Colorado (the "**Bankruptcy Court**"), a voluntary petition for relief under Chapter 11 of the Bankruptcy Code and to perform any and all such acts as the Authorized Persons (defined below) deem to be reasonable, advisable, expedient, convenient, proper or necessary to affect the foregoing.

**FURTHER RESOLVED**, that Todd Pahl and Dewey R. Brown, the Managers of the Company, (the "**Authorized Persons**" and each, an "**Authorized Person**") are, and each hereby is, authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, on behalf of the Company, a voluntary petition of the Company's pursuant to Chapter 11 of the Bankruptcy Code and any and all other documents necessary or appropriate in connection therewith, each in such form or forms as the Company's bankruptcy counsel may recommend.

**FURTHER RESOLVED**, that the Authorized Persons be, each acting alone, are hereby authorized on behalf of the Company to execute, deliver, and cause the Company to file all petitions, schedules, motions, lists, applications, pleadings, consents, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take any action and perform any and all further deeds as such Authorized Person deems necessary or appropriate in connection with the Company's petition under Chapter 11 of the Bankruptcy Code, and all

such petitions so executed and delivered shall be the valid, binding, and enforceable petitions of the Company.

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take any such other action as in the judgment of the Authorized Persons of the Company shall be or become necessary, proper, and desirable to prosecute to a successful completion the petition under Chapter 11 of the Bankruptcy Code and to carry out and put into effect the purposes of the foregoing resolutions, the transactions contemplated by these resolutions and any other matters reasonably related thereto.

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized in the name of and on behalf of the Company to do and perform or cause to be done and performed all acts and things as such Authorized Person shall deem necessary, advisable or appropriate to implement the foregoing resolutions; and to execute and deliver any agreements, certificates, instruments or documents of every character and do and perform or cause to be done and performed any other acts and things as such Authorized Persons of the Company shall deem necessary, advisable or appropriate to comply with the purposes and intent of the foregoing resolutions.

**FURTHER RESOLVED**, that any and all lawful actions previously or subsequently taken or caused to be taken by or on behalf of the Company by the Authorized Persons of the Company, which are consistent with and in furtherance of the intent and purposes of the foregoing recitals and resolutions and the consummation of the transactions contemplated thereby, be, and they hereby are, ratified, approved and confirmed in all respects.

IN WITNESS WHEREOF, the undersigned have adopted the foregoing resolutions as of the date first written above.

**Member: LB Summit, LLC**

By: _____
Todd Pahl, Manager

4857-1630-2175, v. 1