**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | **Summit Restaurant Holdings, LLC** | Case # |
| --- | --- | --- |
| | First Name   Middle Name   Last Name | |
| Debtor 2: | | Chapter **11** |
| | First Name   Middle Name   Last Name | |

**Local Bankruptcy Form 1007-7.1**
**Disclosure Regarding Receivers**

**Check applicable box and complete the applicable sections.**

**Part 1    Disclosure**

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

- [✓] No receiver is in possession of debtor's property.
- [ ] A receiver is in possession of all or part of the debtor's property:
    - Identification (by address or legal description) of property: _____
    - Name of creditor: _____
    - Name of receiver: _____
    - Address for receiver: _____
    - Telephone number for receiver: _____
    - Attorney for receiver, if applicable: _____
    - Address for attorney for receiver, if applicable: _____
    - Telephone number for attorney for receiver, if applicable: _____
    - Date of appointment of receiver: _____
    - Court appointing receiver: _____
    - Case Number for court appointing receiver: _____

**Part 2    Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: **May 4, 2023**

By: **/s/ James T. Markus**
      James T. Markus 25065
      Signature

Bar Number (if applicable): **25065 CO**
Mailing Address: **1775 Sherman Street, Suite 1950 Denver, CO 80203**
Telephone number: **(303) 830 0800**
Facsimile number: **(303) 830 0809**
E-mail address: **jmarkus@markuswilliams.com**