| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Summit Restaurant Holdings, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 2640 VERNON, LLC<br>28 N 3RD ST #A511<br>ALHAMBRA, CO 91801 | | | | | | $39,514.00 |
| BBBillings, LLC<br>1494 Vistazo W<br>Tiburon, CA 94920 | | | | | | $39,463.00 |
| Ehrhardt Family, LLLP<br>C/O Spike Ehrhardt<br>#2 Melgrove<br>Hannibal, MO 63401 | | | | | | $57,752.00 |
| GRD FAMILY PROPERTIES, INC.<br>501 EAST SUNNY HILLS<br>FULLERTON, CA 92835 | | | | | | $57,527.00 |
| HARDEE'S FOOD SYSTEMS<br>PO Box 841237<br>Los Angeles, CA 90084-1237 | | | | | | $92,037.00 |
| HARDEE'S FOOD SYSTEMS<br>PO BOX 604020<br>Charlotte, NC 28260-4020 | | | | | | $411,317.00 |
| HARDEE'S FOOD SYSTEMS INC<br>PO BOX 841237 DEPT 1237<br>LOS ANGELES, CA 90084-1237 | | | | | | $50,646.00 |

Debtor **Summit Restaurant Holdings, LLC**                                    Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **K CURLISS TRUSTEE c/o EDITH MAE TRUST WELLSFARGO PO BOX 77200 MINNEAPOLIS, MN 55480** | | | | | | $44,896.00 |
| **KTA 9401 E Kellogg Witchita, KS 67207** | | | | | | $115,500.00 |
| **MBM Corporation PO Box 800 Rocky Mount, NC 27802** | | | | | | $308,981.00 |
| **MBM Corporation PO BOX 800 Rocky Mount, NC 27802-0800** | | | | | | $275,682.00 |
| **MBM Corporation-BIG PO Box 800 Rocky Mount, NC 27802-0800** | | | | | | $73,057.00 |
| **MBM Corporation-HRT PO Box 800 Rocky Mount, NC 27802-0800** | | | | | | $317,280.00 |
| **Monitcello Ventures-Hardees LLC 12 Meadowlark Ct Danville, CA 94526** | | | | | | $39,458.00 |
| **Palmer, LLC 3848 Atlantic Ave Suite 4 Long Beach, CA 90807** | | | | | | $43,763.00 |
| **PURE PROPERTY MANAGEMENT 390 W STANDLEY STREET UKIAH, CA 95482** | | | | | | $49,298.00 |
| **SVC ABS LLC** | | | | | | $260,542.00 |
| **Wade Properties. LLC PO BOX 10 TUCKASEGEE, NC 28783** | | | | | | $39,722.00 |

Debtor **Summit Restaurant Holdings, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WESTFIELD INSURANCE**  PO BOX 9001566  LOUISVILLE, KY 40290-1566 | | | | | | $75,666.00 |
| **WILLIAM P. ARNOLD**  5665 HARBOUR POINTE  OAKWOOD, GA 30566 | | | | | | $43,171.00 |