# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-11919-MER |
| BIGHORN RESTAURANTS, LLC | ) | |
| EIN: 35-2489713 | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| In re: | ) | |
| | ) | Case No. 23-11921-MER |
| SUMMIT RESTAURANT HOLDINGS, LLC | ) | |
| EIN: 35-2488578 | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| In re: | ) | |
| | ) | Case No. 23-11922-MER |
| EMPIRE RESTAURANTS, LLC | ) | |
| EIN: 32-0423213 | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| In re: | ) | |
| | ) | Case No. 23-11924-MER |
| HEARTLAND RESTAURANTS, LLC | ) | |
| EIN: 80-0962321 | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| In re: | ) | |
| | ) | Case No. 23-11925-MER |
| ATLANTIC STAR FOODS, LLC | ) | |
| EIN: 47-2136486 | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| In re: | ) | |
| | ) | Case No. 23-11926-MER |
| SUMMIT RESTAURANT | ) | |
| DEVELOPMENT, LLC | ) | Chapter 11 |
| EIN: 47-2810472 | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |

**ORDER APPROVING APPLICATION TO EMPLOY MARKUS WILLIAMS YOUNG & HUNSICKER LLC AS COUNSEL FOR THE DEBTOR-IN-POSSESSION**

{Z0411880/1 }
4861-7871-9585, v. 1

THIS MATTER comes before the Court on the *Application to Employ Markus Williams Young & Hunsicker LLC as Counsel for the Debtors-in-Possession* (the "Application") filed by Bighorn Restaurants, LLC ("Bighorn"), Summit Restaurant Holdings, LLC ("Summit Holdings"), Empire Restaurants, LLC ("Empire"), Heartland Restaurants, LLC ("Heartland"), Atlantic Star Foods, LLC ("Atlantic Star"), and Summit Restaurant Development, LLC ("Summit Development") (collectively the "Debtors"), debtors and debtors-in-possession in the above-captioned chapter 11 cases, and the *Declaration of James T. Markus in Support of Application to Employ Markus Williams Young & Hunsicker LLC as Counsel for the Debtors-in-Possession* (the "MWYH Declaration") attached to the Application in support thereof. Having reviewed the Application and the bases for relief requested therein, the Court finds and concludes that Markus Williams Young & Hunsicker LLC ("MWYH") does not hold or represent an interest adverse to the estate and is disinterested under 11 U.S.C. §§ 101(14) and 327(a), the terms, conditions, and agreed upon compensation for the retention of MWYH as set forth in the Application are fair and reasonable under 11 U.S.C. § 328(a), within the Debtors' sound business judgment, and in the best interests of the Debtors and the estates. NOW, THEREFORE:

IT IS HEREBY ORDERED THAT the Application is hereby GRANTED. Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014(a) and 6003, and L.B.R. 2014-1, the Debtors are authorized to employ and retain MWYH as their counsel in this chapter 11 cases, effective as of May 4, 2023, the date of filing the Application.

IT IS FURTHER ORDERED THAT compensation and expense reimbursement of MWYH will be paid only upon prior approval by the Court under 11 U.S.C. § 330, Fed. R. Bankr. P. 2016,

and Local Bankruptcy Rule 2016-1 after a request made in accordance with the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules, and other orders of this Court.

DATED: _____, 2023.    BY THE COURT:

_____
United States Bankruptcy Judge